IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-1050 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Counts 1-2 |
| | ) | 18 U.S.C. §§ 2251(a) and 2251(e): |
| GINA CHRISTA URBAIN, | ) | Sexual Exploitation of a Child |
| | ) | |
| Defendant. | ) | Count 3 |
| | ) | 18 U.S.C. §§ 2252A(a)(5)(B) and |
| | ) | 2252A(b)(2): Possession of Child |
| | ) | Pornography |

The Grand Jury charges:

## Count 1
## Sexual Exploitation of a Child

Between in or about December 2017 and November 2018, in the Northern District of Iowa, the defendant, GINA CHRISTA URBAIN, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, John Doe #1, a minor under the age of 18, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely a LG cell phone that had been manufactured outside the state of Iowa, knowing and having reason to know that said visual depictions would be transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, and said visual

depictions were transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 2
## Sexual Exploitation of a Child

On or about November 16, 2018, in the Northern District of Iowa, the defendant, GINA CHRISTA URBAIN, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice, Jane Doe #1, a minor under the age of 18, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely a LG cell phone that had been manufactured outside the state of Iowa.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 3
## Possession of Child Pornography

Between in or about December 2017 and November 2018, in the Northern District of Iowa, the defendant, GINA CHRISTA URBAIN, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using

materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely a LG cell phone that had been manufactured outside the state of Iowa.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

s/Foreperson 12/18/2019
Grand Jury Foreperson    Date

PETER E. DEEGAN, JR.
United States Attorney

By: Liz Dupuich for Emily Nydle

EMILY K. NYDLE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 12/18/2019
ROBERT L. PHELPS, CLERK