IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | Case No. 19-CR-1050 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF EXPERT |
| | ) | TESTIMONY OF |
| GINA CHRISTA URBAIN, | ) | DEFENDANT'S MENTAL |
| | ) | CONDITION |
| | ) | |
| Defendant. | ) | |

Gina Christa Urbain, through counsel, hereby submits notice of her intent to rely upon expert testimony relating to a mental disease, mental defect, or mental condition bearing upon the issue of guilt. Specifically, the Defendant intends to present a diminished capacity defense at trial. The Defendant submits this notice pursuant to Federal Rule of Criminal Procedure 12.2(b).

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on February 11, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea