IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 19-CR-1050 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF INTENT TO |
| GINA CHRISTA URBAIN, | ) | PLEAD GUILTY |
| | ) | |
| Defendant. | ) | |

Gina Christa Urbain, through counsel, hereby notifies the Court and the government of his intent to plead guilty. The Court may remove this case from the September 14, 2020, trial schedule. *See* USSG §3E1.1(b)(2).

> FEDERAL DEFENDER'S OFFICE
> 222 Third Avenue SE, Suite 290
> Cedar Rapids, IA 52401-1509
> TELEPHONE: (319) 363-9540
> TELEFAX: (319) 363-9542
>
> BY: /s/ Christopher J. Nathan
> CHRISTOPHER J. NATHAN
> christopher_nathan@fd.org
> ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on July 20, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: */s/ Melissa Dullea*