IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-1050-CJW |
| Plaintiff, | **INFORMATION** |
| vs. | Count 1 |
| GINA CHRISTA URBAIN, | 18 U.S.C. §§ 2251(a) and 2251(e): Sexual Exploitation of a Child |
| Defendant. | |

The United States Attorney charges:

## Count 1
## Sexual Exploitation of a Child

Between in or about December 2017 and November 2018, in the Northern District of Iowa, the defendant, GINA CHRISTA URBAIN, used, persuaded, induced, and enticed, and attempted to use, persuade, induce, and entice two minors under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely a LG cell phone that had been manufactured outside the state of Iowa, knowing and having reason to know that said visual depictions would be transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, and said visual depictions were transported and transmitted in and affecting interstate and foreign commerce and using a means

and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).


PETER E. DEEGAN, JR.
United States Attorney

By: /s/ *Emily K. Nydle*

EMILY K. NYDLE
Assistant United States Attorney