IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 19-CR-1050-CJW |
| vs. | ) |
| GINA CHRISTA URBAIN, | ) |
| Defendant. | ) |

## GOVERNMENT'S SENTENCING MEMORANDUM

In advance of the sentencing currently set for February 12, 2021, the United States hereby provides its sentencing memorandum.

**A.  Government Witnesses**

None.[1]

**B.  Government Exhibits**

None.

**C.  Sentencing Issues**

The Presentence Report indicates that there is one issue for the Court to resolve at sentencing: the defendant's ability to pay a fine and the imposition of the $5,000 special assessment.

The parties have reached a plea agreement Pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the parties stipulated to a sentence of 360 months' imprisonment. Attached is a brief regarding the sole contested issue.

---

[1] The government anticipates that at least one victim wishes to address the Court at sentencing.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Emily K. Nydle*

EMILY K. NYDLE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Emily.Nydle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*

2
Case 2:19-cr-01050-CJW-MAR   Document 39   Filed 02/05/21   Page 2 of 2